

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. 0-1799
Re: Approval of Expense Accounts of R.A. Manire and
J.B. Rutland, State Director and Supervisor re-
spectively, of the Division of Vocational Agri-
culture of the State Department of Education for
traveling expenses to attend the conference of
all state directors and supervisors at Grand
Rapids, Michigan.

We have your request for opinion of January 3, 1940
on the above subject. It is our opinion that these expense
accounts may properly be paid, for reasons hereinafter set
out.

This meeting of state directors and supervisors of
vocational education doubtless comes within the meaning of the
word "convention" as used in the departmental appropriation
bill, being S.B. No. 427, Regular Session, Forty-sixth Legis-
lature. However, as stated in our opinion No. 0-1340, address-
ed to the Honorable L.A. Woods, on the same question, federal
monies deposited in the state treasury are controlled by the
following provision in the general rider to the departmental
appropriation bill (S.B. 427):

"Any such federal funds as may be deposited in
the state treasury are hereby appropriated to the
specific purpose authorized by the federal govern-
ment."

Trips such as the one for which these expenses were
incurred were specifically authorized in the Act of Congress ap-
propriating the money here involved, being Act No. 673 of the
Seventy-fourth Congress approved June 8, 1936, from which Act
we quote as follows:

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. Geo. H. Sheppard, Comptroller, page 2

" * * * and that the appropriations available under Section 4 of this Act shall be available for expenses on attendance at meeting of educational associations and other organizations and for expenses of conferees called to meet in the District of Columbia or elsewhere, which, in the opinion of the Commissioner, are necessary for the efficient discharge of the provisions of this Act."

We have been advised that this convention in Grand Rapids, Michigan was specifically called by the Federal Director of Vocational Education and therefore the traveling expenses necessary for the attendance at said meeting would clearly come within the specified purposes contained in the above quotation from the Act of Congress appropriating this federal money to the state of Texas.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Walter R. Koch,
Walter R. Koch,
Assistant

WRK:ob

P. S: The expense accounts and your file are returned herewith.

APPROVED JAN 16, 1940

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY BWB